UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.L., individually<br>and<br>WILLIAM HOUSTON,<br>as next friend of the minor child,<br>O.L., ward of the District of Columbia<br><br>Plaintiffs<br><br>       v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   **Civil Action No. 07-0792 (PLF)**<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiffs, by and through counsel, and hereby voluntarily dismiss the instant case pursuant to Fed. R. Civ. P. 41(a)(1)(i).


DATE:  June 11, 2007                                    Respectfully Submitted,


                                                                                            /s/
                                              William E. Houston, Esq.
                                              D.C. Bar No. 450223
                                              Dalton, Dalton, & Houston, P.C.
                                              1008 Pendleton Street
                                              Alexandria, Virginia 22314
                                              (703) 739-4300 (ph)
                                              (703) 739-2323 (fax)